**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal No.** |
| | : | |
| **ENDALKACHEW ASFAW,** | : | **VIOLATION:** |
| | : | |
| | : | **26 U.S.C. § 7206(2)** |
| **Defendant.** | : | **(Aiding and Assisting in the Filing of a** |
| | : | **False Tax Return)** |

**INFORMATION**

The United States of America charges that:

**COUNT ONE**

On or about April 15, 2017, in the District of Columbia and elsewhere, the Defendant, ENDALKACHEW ASFAW willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of an Individual Income Tax Return, Form 1040, for S.A. for calendar year 2016, which was false and fraudulent as to a material matter. That Form 1040 reported unreimbursed employee business expense deductions of $14,252 on line 21 of the Schedule A, Itemized Deductions, whereas, as Defendant knew, S.A. did not have deductible unreimbursed employee business expense deductions in calendar year 2016.

All in violation of Title 26, United States Code, Section 7206(2).

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

By: _____
LESLIE A. GOEMAAT
MA Bar 676695
Assistant United States Attorney
Fraud Section
U.S. Attorney's Office

555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 803-1608
Leslie.Goemaat@usdoj.gov